Chicago Wood and Coal Company, appellant, v. City of Chicago, appellee. Gen. No. 39,247.

▇▇▇ Heard in the second division of this court for the first district at the December term, 1936. ▇▇▇ Opinion filed November 17, 1938.

Louis Jaffe, for appellant; Howard F. Bishop, William H. Dillon, Eugene H. Dupee, George A. Mason, George A. Mason, Jr. and Aaron

Soble, of counsel. Barnet Hodes, Corporation Counsel, for appellee; Joseph F. Grossman, First Assistant Corporation Counsel, Arthur A. Sullivan and J. Herzl Segal, Assistant Corporation Counsel, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.